## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-15617 |
| | ) | |
| JOHN D. AND DONNA M. STREETER, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. GOLDGAR |

### NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated September 16, 2019, docket #35.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on September 16, 2019.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

**The following parties have been served via regular US Mail:**

John and Donna Streeter
269 S. Wildspring Rd.
Round Lake, IL 60073

Capital One Bank
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Premier Bankcard
Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN 56302

T Mobile/Verizon
American Infosource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Illinois Tollway
P.O. Box 5544
Chicago, IL 60680

IRS
P.O. Box 7346
Philadelphia, PA 19101

Commonwealth Edison
Bankruptcy Dept.
1919 Swift Drive
Oak Brook, IL 60523

Nicor Gas, Bankruptcy Dept.
P.O. Box 549
Aurora, IL 60507

Sprint Corp.
Attn: Bankruptcy
P.O. box 7949
Overland Park, KS  66207

AT&T Corp.
Karen Cavagnaro, Esq.
One AT&T Way, Rm. 3A104
Bedminster, NJ  07921

Capital Asset Recovery
P.O. Box 192585
Dallas, TX  75219

AmeriCash Loans
P.O. Box 1728
Des Plaines, IL  60017

Quantum3 Group
Sadino Funding
P.O. Box 788
Kirkland, WA  98083

CTP Funding/Capstone Financial
1620 N. 82nd Place
Scottsdale, AZ  85257